<u>NOT FOR PUBLICATION</u>

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

_____

EDWIN PATILLO,  :  Civ. Action No. 23-486 (RMB)
　:
Petitioner  :  **OPINION**
　:
v.  :
　:
ANTHONY DEGNER, S.W.S.P. :
et al.,  :
　:
Respondents  :
_____

**BUMB, Chief United States District Judge**

This matter comes before the Court *sua sponte* upon Petitioner Edwin Patillo's failure to comply with this Court's Order, Dkt. No. 12, directing him for the fifth time over two-and-a-half years to submit his Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2254[1] on this Court's form and pay the filing fee or submit an application to proceed *in forma pauperis* under 28 U.S.C § 1915 within 30 days of April 28, 2025. As a sanction for failure to comply with this Court's Orders, the Court will dismiss this matter without prejudice.

---

[1] Petitioner argues his 2008 state and federal sentences should not run consecutively. *See* Urgent Notice, Dkt. No. 9.

An accompanying Order follows.

**Dated: September 23, 2025**

                                                    s/Renée Marie Bumb
                                                  Renée Marie Bumb
                                                  Chief United States District Judge